LOUISIANA PETROLEUM CO. v. LEMLE & CRANDALL et al.† (Circuit Court of Appeals. Fifth Circuit. March 1, 1910.) No. 1,927. Appeal from the Circuit Court of the United States for the Eastern District of Louisiana. Edwin T. Merrick and Ralph J. Schwarz, for appellant. Lamar C. Quintero, Philip S. Gidiere, Henry P. Dart, Hanry L. Lazarus, Eldon S. Lazarus, Chas. Carroll, and Jos. W. Carroll, for appellees. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. The special master, who heard the witnesses and took the evidence, in a carefully prepared and elaborate report found against the appellant. On exceptions, the Circuit Court, on due consideration, after hearing argument, reduced the master's finding in certain respects, and also found against the appellant. On this appeal we have given the assignments of error full consideration, and reached the conclusion that the decree of the Circuit Court can only be reversed by finding that the manner and methods of delivering oil by the Lone Star & Crescent Company from its tanks, pipes, and.

† Rehearing denied March 29, 1910.

vessels were so faulty, uncertain, and careless that no effect should be given to the measurements made at the time of delivery of oil to the Louisiana Petroleum Company; and such finding is not warranted under the evidence as we read it. The decree of the Circuit Court is affirmed.